**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6767**

———————

JERRY GRIFFIN,

Plaintiff - Appellant,

versus

OFFICER WRIGHT; OFFICER BENNETT; OFFICER
ARRINGTON; RANDY LEE; THEODIS BECK,

Defendants - Appellees,

and

DEPARTMENT OF CORRECTIONS,

Defendant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (CA-04-177-5-FL)

———————

Submitted: January 26, 2006      Decided: January 30, 2006

———————

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Griffin, Appellant Pro Se. Lisa Harper Graham, Assistant
Attorney General, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Griffin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Griffin's motion to appoint counsel, grant his motion to amend his informal brief, and affirm on the reasoning of the district court. See Griffin v. Wright, No. CA-04-177-5-FL (E.D.N.C. Apr. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED